JOHN H. McGANN v. MISSOURI PACIFIC RAILROAD COMPANY.[1]

April 15, 1922.

No. 22,631.

**Case followed.**

Action in the district court for Mille Lacs county to recover $75,000 for personal injuries received in the state of Nebraska. From an order, Roeser, J., denying its motion to set aside the service of summons and complaint, defendant appealed. Affirmed.

*Sanborn, Graves & Ordway,* for appellant.
*George C. Stiles* and *F. M. Miner,* for respondent.

PER CURIAM.

The defendant appeals from an order denying its motion to set aside the service of summons. The case is controlled by Robinson v. Oregon Short Line R. Co. 151 Minn. 451, 187 N. W. 414, submitted at the same time. The order is affirmed.

[1]Reported in 187 N. W. 614.